FILED

05/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0471

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0471

_____

BRENDA ZASTOUPIL,

     Petitioner and Appellant,

    v.

DEPARTMENT OF LABOR & INDUSTRY,
UNEMPLOYMENT INSURANCE APPEALS
BOARD, AND RYAN RESTAURANT
CORPORATION,

     Respondents and Appellees.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Brenda Zastoupil, Ryan Restaurant Corporation, all counsel of record, and to the Honorable Nickolas C. Murnion, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 22 2024